**STATE of Missouri, Plaintiff/Respondent,**

v.

**Cornelious A. JONES, Defendant/Appellant.**

No. ED 101004

Missouri Court of Appeals, Eastern District, *DIVISION TWO.*

Filed: April 7, 2015

Rachel S. Flaster, P.O. Box 899, Jefferson City, MO 65102, for Plaintiff/Respondent.

Maleaner R. Harvey, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Defendant/Appellant.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

## ORDER

PER CURIAM.

Cornelious A. Jones appeals from the trial court's judgment convicting him of first-degree robbery. We have reviewed the briefs of the parties and the record on appeal and conclude the State presented sufficient evidence to support the trial court's judgment. *State v. Beam,* 334 S.W.3d 699, 707 (Mo.App.E.D.2011). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).